```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
CARLOS VILA,
                            Plaintiff(s)
                                                                          23 civ 10408 (JGK)
            -against-

VALNET, INC.,
                            Defendant(s).
-----------------------------------------------------------X
```

## ORDER

The conference scheduled for April 4, 2024, at 2:30pm, is canceled.

**SO ORDERED.**

                                                        **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 26, 2024